IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DORIAN SANFORD,

    Plaintiff,

vs.

                        Civil Action 2:15-cv-1424
                        Chief Judge Sargus
                        Magistrate Judge King

ASHTON B. CARTER, *et al.*,

    Defendants.

## ORDER

On April 24, 2015, the United States Magistrate Judge recommended that the claims against all defendants except defendant Ashton B. Carter be dismissed for failure to state a claim for relief. *Order and Report and Recommendation,* ECF 3. Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 3, is **ADOPTED AND AFFIRMED**. The claims against all defendants except defendant Ashton B. Carter are **DISMISSED** for failure to state a claim upon which relief can be granted.

6-16-2015
Date

Edmund A. Sargus, Jr.
Chief United States District Judge

1